# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SHEILA STRICKLIN                                                            PLAINTIFF

v.                                 No. 3:07CV00035 JLH

C. LANDRETH, *et al*.                                               DEFENDANTS

### ORDER

Without objection, the motions deadline is hereby extended up to and including January 9, 2008.  Document #35.

IT IS SO ORDERED this 30th day of November, 2007.

 

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE