**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

SHEILA STRICKLIN                                                                                    PLAINTIFF

v.                                              NO. 3:07CV00035 JLH

C. LANDRETH, *et al*                                                                              DEFENDANTS

### ORDER

Presently before the Court is the Motion for Continuance of the trial date filed by separate defendants C. Landreth, Karen Oldham, Michael Yates, and Doug Forman.  Docket #46.  Good cause having been shown, the motion will be granted, and the trial of this matter previously set for February 4, 2008, in Jonesboro, Arkansas, is removed from the Court's docket.  A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 3rd day of January, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE