# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHEILA STRICKLIN                                              PLAINTIFF

v.                        No. 3:07CV00035 JLH

C. LANDRETH, *et al.*                                          DEFENDANTS

## ORDER

Riverside Ambulance, Inc., has filed a motion to set aside the clerk's entry of default. The plaintiff has responded and stated that she has no objection to setting aside the entry of default against Riverside provided that the Court enter an order stating that the depositions of C. Landreth, Karen Oldham, Thelma Evans, Cindy Tarry, Tamara Anderson, Michael Yates, Jack McCann, and Doug Forman be admissible for any and all purposes at trial as against all defendants notwithstanding any hearsay or other objection from Riverside, who did not attend those depositions. Riverside's lawyer, Mike Dabney, has informed the Court by telephone that Riverside does not object to the entry of such an order.

Therefore, Riverside Ambulance, Inc.'s motion to set aside clerk's entry of default is GRANTED. Document #47. The Clerk is directed to file the answer submitted by Riverside Ambulance, Inc., along with its motion. *See* Document #47-2.

Notwithstanding the fact that Riverside Ambulance, Inc., did not attend the depositions of C. Landreth, Karen Oldham, Thelma Evans, Cindy Tarry, Tamara Anderson, Michael Yates, Jack McCann, and Doug Forman, the transcripts of the depositions of those persons may be used at trial to the same extent that they could have been used if Riverside Ambulance, Inc., had attended and participated in those depositions.

IT IS SO ORDERED this 28th day of January, 2008.

                                                                          */s/ J. Leon Holmes*
                                                                          J. LEON HOLMES
                                                                          UNITED STATES DISTRICT JUDGE