# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SHEILA STRICKLIN                                                                            PLAINTIFF

v.                                        NO. 3:07CV00035 JLH

C. LANDRETH, *et al*.                                                  DEFENDANTS

## ORDER

Presently before the Court is plaintiff's Motion for Continuance of the trial date. Docket #55. Good cause having been shown, the motion will be granted, and the trial of this matter previously set for May 5, 2008, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 6th day of March, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE