UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SHEILA STRICKLIN**                                                  **PLAINTIFF**

v.                      **CASE NO. 3:07cv00035 BSM**

**C. LANDRETH, et al.**                                         **DEFENDANTS**

**ORDER**

The parties request that this case be dismissed with prejudice due to settlement. [Doc. No. 85]. The motion is granted. Accordingly, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE